```
Aaron Gold
245
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Abdi Hassan
337
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Adedire Adesiji
215
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

AFA Protective Systems, Inc.
155 Michael Drive
Syosset, NY 11791

Affordable Bathroom & Kitchen, Inc.
DBS Affordable Construction
35 Bennet Street
Wakefield, MA 01880

Akinori Sasaki
306
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Alejandra Salazar
327
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Amanda Acevedo
331
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Amanda Farina
216
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

American Alarm & Communications Inc.
297 Broadway
Arlington, MA 02474-5310
```

```
Amy Kotlikoff
223
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Amy Sugarman
225
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Analia Verolo
345
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Andrew Luutu
209
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Angela Conway
307
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Anis Sayyad
316
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Anna Vymetal
249
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Annino Incorporated
125 North Washington Street
North Attleboro, MA 02760

Apartments LLC
2563 Collection Center Drive
Chicago, IL 60693

Arbella Insurance Company
PO Box 55392
Boston, MA 02205
```

Arjun Kumar Kizhakkekalathil
208
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Baisangurov, Artur
530 western ave
507
Boston, MA 02135

Bass, Robert
27 French St.
Watertown, MA 02472

Benjamin (Ben) Berry
251
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Better Comfort Systems, Inc
1310 Eastern Avenue
Malden, MA 02148

Bobby Amador
343
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Bostex Builders and Construction
Management, LLC
11 Driftwood Drive
West Newton, MA 02465

Bruno Darzi
204
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Bud's Goods and Provisions Corp
Attn: Alexander Mazin
8 Parkland Road
Needham, MA 02494

ButterflyMX, Inc.
PO Box 87675
Carol Stream, IL 60188-7675

Caitlin Dean
222
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Cameron Lease
336
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Chang Pu Liang
325
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Charles Park
226
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Charlesgate Property Management  LLC
867 Boylston Street
3rd floor
Boston, MA 02116

Charlesgate Realty Group LLC
867 Boylston Street
3rd floor
Boston, MA 02116

Cherrell (Cherrell) Primus
241
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Christie Dragan
321
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

```
Christopher (Chris) Baldwin
323
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

City of Watertown
P.O. Box 4132
Woburn, MA 01888

Classic Plumbing
738 Main Street
PMB #220
Waltham, MA 02451

Colin Panarra
332
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Colleen Mahany
340
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Comcast
PO Box 70219
Philadelphia, PA 19176-0219

Connor Bird
328
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Connor Weeks
305
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Corrine Kyebirungi
233
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Cotton Commercial USA INC (Deposit Colle
PO Box 676569
Dallas, TX 75267
```

Daniel P. Luker
Preti Flaherty Beliveau & Pachios, PLLP
P.O. Box 1318
Concord, NH 03302

Daniel Rico
319
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Danielle Archila
310
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Daveon (Bam) Crouch
326
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Davis Doherty
229
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Doreen Harriman
315
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Duncan Johnston
334
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Ebrahim Rampuri
234
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Edward Fallman
247
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

```
Eleni Ziogas
318
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Entrata Inc.
P.O. Box 30015 Dpt #Z564
Salt Lake City, UT 84130

Eversource
PO Box 56007
Boston, MA 02205-6007

George Washington Toma
1353 Commercial St
East Weymouth, MA 02189

Gia Mario's LLC
350 Pleasant Street
Watertown, MA 02472

Giovanni (Gio) Maione
237
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Homebody
PO Box 477
UT 84048

Irina Chtykova
309
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Jacqueline Horgan
330
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Jessica J. Fitzpatrick
228
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Jinhu Wang
311
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472
```

John Riley
210
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Johnie's Pizza
Attn: Yiannis Giannaros
24 Bencliffe Circle
Auburndale, MA 02466

Joseph Ruggiero
320
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Jovanka Bogojeski
220
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Julia Royce
224
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Justin Alfonse
243
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Karmichael Dunbar
248
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Keane Fire & Safety
1500 Main Street
Waltham, MA 02451

Krems, Jackowitz & Carman LLP
80 Blanchard Road
Suite 101
Burlington, MA 01803

Kylie E. Scannell
230
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

LaGue, Margaret (Maggie)
169 Hunnewell Ave
Unit 3
Newton, MA 02458

Larisferr Companies LLC
50 Sentinel Ct.
Unit 102
Manchester, NH 03103

Lichwala, Michael
330-350 Pleasant St.
Unit 335
Watertown, MA 02472

Lily Kyser
303
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Lobacki, Doug
123 Melrose Street
Apt 454
Brooklyn, NY 11206

Lopes & Associates LLC
PO Box 190036
Boston, MA 02119

Lorraine Datzkow
239
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Maguire, Denise
45 River St
Westford, MA 01886

Mahsa Kheradmandi
351
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Mariah Beckett
246
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Mark D. Coppola
29 Melville Ave.
Newtonville, MA 02460

```
Mark D. Coppola d/b/a World Realty & Dev
PO Box 95025
Nonantum, MA 02495

Mark H. Elbag
338
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Market Marks Co.
23 Norfolk Ave.
South Easton, MA 02375

Mary Joyce Didovic
203
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02204-7090

Meng Heang
322
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

MeterNet LLC
202 W College St.
Fallbrook, CA 92028

Mimi Chae
324
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Momtaz, Milad
90 Chestnut St
Unit 216
Ashland, MA 01721

Nathan Fennessy
Preti Flaherty Beliveau & Pachios, PLLP
P.O. Box 1318
Concord, NH 03302

National Grid - Gas
P.O. Box 371338
Pittsburgh, PA 15250-7338
```

```
Nausheen Masud
333
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

New England Safety Systems, Inc. [N.E.S.
745 County Street
Taunton, MA 02780

Newmark Real Estate of Massachusetts LLC
225 Franklin Street
Boston, MA 02110

Office of the Attorney General
Fair Labor Division
Commonwealth of Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02108

Orenstein, David
1443 Beacon St.
Apt 605
Brookline, MA 02446

Peter  Rydzynski
242
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

PortFi, LLC
801 SW 16th St
Suite 115
F14
Renton, WA 98057

Professional Cleaning Solutions
450-B Paradise Rd
#118
Swampscott, MA 01907

PT In Cadence, LLC
Attn: Andrew Provost & Meghan Harwood
158 Cypress Street
Watertown, MA 02472

Rhaki Joseph
212
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472
```

```
Ricoh
PO Box 827577
Philadelphia, PA 19182-7577

Rohit Raj
211
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Samuel Kim
232
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Sara Collier
349
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Schindler Elevator Corporation
PO Box 70433
60673-0433

Schindler Elevator Corporation
23 Walpole Park South Drive
Walpole, MA 02081

Sean Yeatts
218
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

SEB Housing
257 Hillside Ave
Needham, MA 02494

Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110-1424

Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

Sedarius Mcconnell
202
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472
```

```
Service Capital, LLC
3003 Lafayette Road
Portsmouth, NH 03801

Service Credit Union
3003 Lafayette Road
Portsmouth, NH 03801

Shannon Mountford
339
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Singh, Nandini
4 Lucy St
Apt 537
Boston, MA 02125

Stephen Shea
201
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Stephie Pierre-Louis
235
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Stocker Appliance Repair LLC
109 Hopkins st
Unit 211
Wakefield, MA 01880

Susan Barnette
312
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

United States Attorney
John Joseph Moakley United States Federa
One Courthouse Way, Suite 9200
Boston, MA 02210

Waltham Pest Services, Inc.
P.O. Box 540538
Waltham, MA 02454

Waste Management of Massachusetts INC
PO Box 13648
Philadelphia, PA 19101
```

Wendy George
346
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Yannis Hara
347
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Yazeed Alhalalmeh
236
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472

Zillow Inc
PO Box 737412
Dallas, TX 75373-7412

Zohreh Shaker
207
Watermills Apartments
330-350 Pleasant Street
Watertown, MA 02472